**No. 09-1400 (R46-005). The Laborers District Council Construction Industry Pension Fund, et al., Petitioners v. Omnicare, Inc., et al.**

562 U.S. 1027, 133 S. Ct. 21, 178 L. Ed. 2d 411, 2010 U.S. LEXIS 9030.

November 5, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit in

the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 583 F.3d 935.